

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2015

No. 04-15-00035-CV

**ARK DIMENSION 4, INC**. and Robert Pospisil,
Appellants

v.

Michelle **GRIFFITH**, Personal Representative of the Estate of Dell O. Amy, deceased,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12575A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Abatement of Appeal Pending Finalization of Settlement is GRANTED. The appeal is abated for thirty days.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court